# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION, INC., JIM CURLEY PROPERTIES, WHEELER PROPERTY MANAGEMENT, INC., NANCY WARE, DARE KEECH, JANICE BRADFORD, ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 07 0644

JUDGE HAYNES

TO: (Name and address of Defendant)

DARE KEECH
627 ROCKWOOD DR.
HERMITAGE, TENNESSEE
37076

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after servic of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yc for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Cler of this Court within a reasonable period of time after service.

KEITH THROCKMORTON
CLERK

(By) DEPUTY CLERK

DATE JUN 1 5 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S
ASSOCIATION, INC., JIM CURLEY
PROPERTIES, WHEELER PROPERTY
MANAGEMENT, INC., NANCY WARE,
DARE KEECH, JANICE BRADFORD,
ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 07 0644

JUDGE HAYNES

TO: (Name and address of Defendant)

NANCY WARE
601 ROCKWOOD DRIVE
HERMITAGE, TENNESSEE
37076

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yo for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Cler of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 1 5 2007

♦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S
ASSOCIATION, INC., JIM CURLEY
PROPERTIES, WHEELER PROPERTY
MANAGEMENT, INC., NANCY WARE,
DARE KEECH, JANICE BRADFORD,
ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 07 0644

**JUDGE HAYNES**

TO: (Name and address of Defendant)

DAVID B. WHEELER
WHEELER PROPERTY MANAGEMENT
4800 QUAIL HOLLOW
OLD HICKORY, TENNESSEE 37138

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yo for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Cler of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

JUN 1 5 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION, INC., JIM CURLEY PROPERTIES, WHEELER PROPERTY MANAGEMENT, INC., NANCY WARE, DARE KEECH, JANICE BRADFORD, ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 07 0644

**JUDGE HAYNES**

TO: (Name and address of Defendant)

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION
Registered Agent:
JIM CURLEY PROPERTIES
177 BELLE FOREST CIRCLE
NASHVILLE, TN 37221

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred A. Dusel III, J.D., M.L.A.
Attorney at Law
800 Hillwood Boulevard
Nashville, Tennessee 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE  JUN 15 2007

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION, INC., JIM CURLEY PROPERTIES, WHEELER PROPERTY MANAGEMENT, INC., NANCY WARE, DARE KEECH, JANICE BRADFORD, ALMISE DERILUS, and PATRICIA DRAPER

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 3 07 0644

JUDGE HAYNES

TO: (Name and address of Defendant)

**JIM CURLEY PROPERTIES**
**177 BELLE FOREST CIRCLE**
**NASHVILLE, TN 37221**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Fred A. Dusel III, J.D., M.L.A.**
**Attorney at Law**
**800 Hillwood Boulevard**
**Nashville, Tennessee 37209**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON
CLERK

JUN 15 2007
DATE

RM
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

LYNDTH HUNTER and MARSHA PARADIS

**SUMMONS IN A CIVIL CASE**

V.

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION, INC., JIM CURLEY PROPERTIES, WHEELER PROPERTY MANAGEMENT, INC., NANCY WARE, DARE KEECH, JANICE BRADFORD, ALMISE DERILUS, and PATRICIA DRAPER

CASE NUMBER: 3 07 0644

**JUDGE HAYNES**

TO: (Name and address of Defendant)

PATRICIA DRAPER
629 ROCKWOOD DRIVE
HERMITAGE, TENNESSEE
37076

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 15 2007

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

            MIDDLE        District of        TENNESSEE

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S
ASSOCIATION, INC., JIM CURLEY
PROPERTIES, WHEELER PROPERTY
MANAGEMENT, INC., NANCY WARE,
DARE KEECH, JANICE BRADFORD,
ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3  07  0644

**JUDGE HAYNES**

TO: (Name and address of Defendant)

ALMISE DERILUS
421 RAINTREE PLACE
HERMITAGE, TENNESSEE
37076

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE   JUN 1 5 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

LYNDTH HUNTER and MARSHA PARADIS

V.

RAINTREE VILLAGE HOMEOWNER'S ASSOCIATION, INC., JIM CURLEY PROPERTIES, WHEELER PROPERTY MANAGEMENT, INC., NANCY WARE, DARE KEECH, JANICE BRADFORD, ALMISE DERILUS, and PATRICIA DRAPER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3 07 0644

JUDGE HAYNES

TO: (Name and address of Defendant)

JANICE BRADFORD
419 RAINTREE PLACE
HERMITAGE, TENNESSEE
37076

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FRED A. DUSEL III, J.D., M.L.A.
ATTORNEY AT LAW
800 HILLWOOD BOULEVARD
NASHVILLE, TENNESSEE 37209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

CLERK

(By) DEPUTY CLERK

DATE JUN 15 2007